NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SHANNON STEPHEN, DOC #R67120,               )
                                            )
          Appellant,                        )
                                            )
v.                                          )          Case No. 2D19-86
                                            )
STATE OF FLORIDA,                           )
                                            )
          Appellee.                         )
_____      )

Opinion filed November 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Shawn Crane, Judge.

Michael Ufferman of Michael Ufferman
Law Firm, P.A., Tallahassee, for
Appellant.


PER CURIAM.

          Affirmed.


LaROSE, SALARIO, and SMITH, JJ., Concur.